UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RENEE BISHOP-MCKEAN,

                Plaintiff,

    v.

JUSTIN MURRAY, *et al.*,

                Defendants.

CASE NO. 3:24-cv-05199-TL-GJL

REPORT AND RECOMMENDATION

Noting Date: May 10, 2024

        The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge Grady J. Leupold. Plaintiff Renee Bishop-McKean, proceeding *pro se*, filed a proposed § 1983 Complaint on March 11, 2024. Dkt. 1. Plaintiff did not provide a certified copy of their prison trust account statement with the Application to Proceed *In Forma Pauperis* ("IFP"). *See* Dkt. 1.

        On March 11, 2024, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that they had failed to meet the IFP Application filing requirement by not providing the prison trust account statement. Dkt. 2. The Clerk of Court instructed Plaintiff to return the requested

REPORT AND RECOMMENDATION - 1

document to the Court by April 10, 2024. *Id*. The Clerk of Court also warned Plaintiff that if they did not respond to the letter by April 10, 2024, the action may be subject to dismissal. *Id*.

Plaintiff has not responded to the Clerk of Court's letter and has not returned the requested document to the Court. As Plaintiff has failed to prosecute this case, the Court recommends this case be **DISMISSED without prejudice**. Further, as Plaintiff has not prosecuted this case, the Court finds an appeal would not be taken in good faith.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on May 10, 2024, as noted in the caption.

Dated this 23rd day of April, 2024.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2