UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RENEE BISHOP-MCKEAN,

               Plaintiff,

   v.

JUSTIN MURRAY, *et al*.,

               Defendants.

CASE NO. 3:24-cv-05199-TL-GJL

ORDER WITHDRAWING REPORT AND RECOMMENDATION, DENYING TRO MOTION, AND DIRECTING CASE CLOSURE

The District Court has referred this prisoner civil rights action to United States Magistrate Judge Grady J. Leupold. Currently before the Court is Plaintiff Renee Bishop-McKean's Notice of Voluntary Dismissal. Dkt. 15. Prior to voluntarily dismissing this action, Plaintiff filed a Motion for a Temporary Restraining Order and Preliminary Injunction. Dkt. 12. Finding Plaintiff had not satisfied her burden for obtaining such extraordinary relief, the undersigned recommended her TRO Motion be denied without prejudice. Dkt. 14. However, in light of Plaintiff's voluntary dismissal, the TRO Motion and the corresponding Report and Recommendation are now moot. As such, the undersigned **WITHDRAWS** the Report and Recommendation (Dkt. 14) and **DENIES** Plaintiff's TRO Motion (Dkt. 12) as moot.

ORDER WITHDRAWING REPORT AND RECOMMENDATION, DENYING TRO MOTION, AND DIRECTING CASE CLOSURE - 1

1    The Clerk of Court is **DIRECTED** to close this action in accordance with Plaintiff's

2 Notice of Voluntary Dismissal.

3    Dated this 31st day of May, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER WITHDRAWING REPORT AND RECOMMENDATION, DENYING TRO MOTION, AND DIRECTING CASE CLOSURE - 2